# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE RUBEN BALLES, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-01280-CJC-JDE<br><br>**ORDER GRANTING STIPULATION FOR REMAND**<br><br>Complaint Filed: June 12, 2023<br>Trial Date:　　Not Set<br>Removed:　　July 17, 2023 |

1 | The Court, having reviewed the Parties' Stipulation to Remand Action for Purposes of Seeking Settlement Approval, hereby ORDERS that the above-entitled action is remanded to the Superior Court of California, County of Orange.

**IT IS SO ORDERED.**

DATED: May 16, 2024

_____
Hon. Cormac J. Carney
U.S. District Judge